UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CHAPTER 13 PLAN

Debtor(s):    Christian Lee Vance, and            Case No: 13-05560-MGW
              Catherine Anne Vance

Chapter 13 Plan

**CHECK ONE:**

\_\_X\_\_ The Debtor certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

\_\_\_\_\_ The Plan contains provisions that are specific to this Plan in Additional Provisions, paragraph 5 below. Any nonconforming provisions not set forth in paragraph 5 are deemed stricken.

**1. MONTHLY PLAN PAYMENTS:** Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor[1] to pay to the Trustee for the period of \_60\_ months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors pro-rata under the plan:

A.    $3,679.00 for months \_1\_ through \_60\_ ;
B.    $_____ for months _____ through _____ ;
C.    $_____ for months _____ through _____ ;

in order to pay the following creditors:

**2. ADMINISTRATIVE ATTORNEY FEE: $3,850.00 TOTAL PAID $ 0.00**

Balance Due $3,850.00            Payable Through Plan $958.00 Monthly

**3. PRIORITY CLAIMS [as defined in 11 U.S.C. §507]:**

| Name of Creditor | Total Claim |
|---|---|
|  |  |
|  |  |

**TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

## SECURED CLAIMS:

**Pre-Confirmation Adequate Protection Payments:** No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to §1326(a)(1)(C). If the Debtor makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

| Name of Creditor | Collateral | Adequate Protection Pmt. in Plan |
|---|---|---|
| NationStar | 1747 Split Fork Dr., Oldsmar, FL | $2,376.00 |

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments Paid through the Plan:** Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Collateral | Estimated Payment |
|---|---|---|
| | | |

**(B) Claims Secured by Real Property Which Debtor Intend(s) to Retain / Arrearages Paid through the Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

| Name of Creditor | Collateral | Arrearages |
|---|---|---|
| | | |

**(C) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

| Name of Creditor | Collateral | Payment Amt (at 31%) |
|---|---|---|
| NationStar | 1747 Split Fork Dr., Oldsmar, FL | $2,376.00 |
| | | |
| | | |

**(D) Claims Secured by Personal Property to Which Section 506 Valuation is NOT Applicable Secured Balances:** Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

| Creditor | Collateral | Ad. Prot. Pmt. | Sec. Balance | Interest @ ____ % |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**(E) Claims Secured by Personal Property to Which Section 506 Valuation is Applicable:**

| Creditor | Collateral | Ad. Prot Pmt. in Plan | Value | Interest @ ____ % |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**(F) Claims secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**

| Name of Creditor | Collateral | Ad. Prot. Pmt. in Plan | Arrearages |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(G) **Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|
| Midflorida Credit Union | 2006 Nissan Armada |
| | |
| | |

(H) **Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay is terminated *in rem* as to these creditors/lessors upon the filing of this Plan. Nothing herein is intended to lift any applicable codebtor stay or to abrogate Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|---|---|
| | |
| | |
| | |
| | |

## SECURED – LIENS TO BE AVOIDED/STRIPPED:

| Name of Creditor | Collateral | Estimated Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## LEASES/EXECUTORY CONTRACTS:

| Name of Creditor | Property | Assume/Reject-Surrender | Estimated Arrears |
|---|---|---|---|
| | | | |
| | | | |

4

claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $54,200.00.

## ADDITIONAL PROVISIONS:

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

2. Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

3. Property of the estate (check one)*

    (a) __X__ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

    (b) _____ shall vest in the Debtor upon confirmation of the Plan.

*If the Debtor fails to check (a) or (b) above, or if the Debtor checks both (a) and (b), property of the estate shall not vest in the Debtor until the earlier of the Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

5. Case Specific Provisions: __Lawsuit will be dedicated to the plan, subject to court determination.__

_____
Debtor                                                    Dated: 9/4/13

_____
Debtor                                                    Dated: 9/4/13

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:
Christian Lee Vance                             Case No. 13-05560-MGW
Catherine Vance                                 Chapter 13
_____Debtor(s)._____/

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on September 13, 2013, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 7005-3 to:

Terry E. Smith                                  Christian and Catherine Vance
PO Box 6099                                     1747 Splitfork Dr.
Sun City Center, FL 33571                       Oldsmar, FL 34677

And to Attached Court Matrix…

/s/Samir A. Maasarani
Samir A. Maasarani, Esq.
FL Bar # 69837
Clark & Washington, LLC.
4218 West Linebaugh Avenue
Tampa, FL 33624
813-490-4858
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:13-bk-05560-MGW<br>Middle District of Florida<br>Tampa<br>Fri Sep 13 16:32:19 EDT 2013 | NationStar Mortgage LLC<br>c/o Christopher Giacinto, Esq.<br>4630 Woodland Corporate Blvd<br>Suite 100<br>Tampa, FL 33614-2429 | Catherine Anne Vance<br>1747 Split Fork Dr.<br>Oldsmar, FL 34677-2768 |
| Christian Lee Vance<br>1747 Split Fork Dr.<br>Oldsmar, FL 34677-2768 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Ars (Original Creditor:Medical)<br>1801 Nw 66th Ave Suite 200<br>Fort Lauderdal, FL 33313-4571 |
| Ashley Funding Services, LLC its successors<br>assigns as assignee of Laboratory<br>Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Atlantic Credit & Finance Successor in inter<br>c/o Weltman Weinberg & Reis<br>P.O. BOX 6597<br>Cleveland, OH 44101-1597 | Bk Of Amer<br>4060 Ogletown/Stanton Rd<br>Newark, DE 19713 |
| CAPITAL ONE, N.A.<br>PO Box 12907<br>Norfolk, VA 23541-0907 | Cap One<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3438 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Cb/Vlcscrt<br>Po Box 182789<br>Columbus, OH 43218-2789 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Citimortgage Inc<br>Po Box 9438<br>Gaithersburg, MD 20898-9438 | Comenity Bank/Amsgnfrn<br>4590 E Broad St<br>Columbus, OH 43213-1301 | Credit First N A<br>6275 Eastland Rd<br>Brookpark, OH 44142-1399 |
| Credit First NA<br>PO Box 818011<br>Cleveland OH 44181-8011 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Dyck Oneal Inc<br>15301 Spectrum Dr<br>Addison, TX 75001-6436 |
| Financial Credit Svcs (Original Creditor<br>628 Bypass Dr<br>Clearwater, FL 33764-5024 | Focus Receivables Mana (Original Credito<br>1130 Northchase Pkwy Ste<br>Marietta, GA 30067-6413 | Gecrb/Care Credit<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| Gecrb/Sams Club<br>Po Box 965005<br>Orlando, FL 32896-5005 | Gulf Coast Collection (Original Creditor<br>5630 Marquesas Cir<br>Sarasota, FL 34233-3331 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Med Bus Cons (Original Creditor:Medical)<br>11701 Belcher Rd Suite 113 Pob 5417<br>Largo, FL 33779-5417 | Merchants Assoc Cool D (Original Credito<br>134 S Tampa St<br>Tampa, FL 33602-5354 | MidFlorida Credit Union<br>c/o Gregory A. Sanoba, Esquire<br>422 South Florida Avenue<br>Lakeland, FL 33801-5227 |

| | | |
|---|---|---|
| Midflorida Credit Unio<br>129 S Kentucky Ave Ste 4<br>Lakeland, FL 33801-5059 | Midland Fund (Original Creditor:Chase Ba<br>8875 Aero Dr Suite 200<br>San Diego, CA 92123-2255 | Morton Plant Hospital<br>c/o Joseph Giambalvo, Esquire<br>1012 Drew Street<br>Clearwater, FL 33755-4521 |
| Nationstar<br>350 Highland<br>Houston, TX 77009-6623 | Ncm<br>18400 Von Karman<br>Irvine, CA 92612-1514 | Nco Fin/51 (Original Creditor:Medexpress<br>Po Box 13574<br>Philadelphia, PA 19101 |
| Pinellas County Tax Collector<br>PO Box 4006<br>Seminole, FL 33775-4006 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>CP Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quant 3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Sallie Mae<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Sallie Mae Inc. on behalf of<br>FL Dept. of Education<br>Office of Student Financial Assistance<br>(OSFA)<br>325 West Gaines Street, Suite 1314<br>Tallahassee, FL 32399-6533 |
| Strategic Recovery Gro (Original Credito<br>7880 Bent Branch Dr Ste<br>Irving, TX 75063-6002 | Vericrest<br>715 S Metropolitan<br>Oklahoma City, OK 73108-2088 | Terry E Smith +<br>PO Box 6099<br>Sun City Center, FL 33571-6099 |
| Pinellas County Tax Collector (AB) +<br>PO Box 4006<br>Seminole, FL 33775-4006 | Christopher Giacinto +<br>Shapiro, Fishman & Gache, LLP<br>4630 Woodland Corporate Blvd.<br>Suite 100<br>Tampa, FL 33614-2429 | Samir Maasarani +<br>Clark and Washington, LLC<br>4218 West Linebaugh Avenue<br>Tampa, FL 33624-5241 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cap One<br>Po Box 85520<br>Richmond, VA 23285 | Portfolio Recovery Associates, LLC<br>PCB 41067<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients     0<br>Total                  47 |